IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA PAOLI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-66-GMS-CJB |
| TROOPER STETSER, et al., | : |
| Defendants. | : |
| | : |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Burke issued on May 16, 2013 (D.I. 58), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been received.

Accordingly, it this 10th day of June, 2013, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Burke's Report Recommendation is hereby ADOPTED; and

2. The plaintiff's Motion to Amend (D.I. 47) is DENIED.

_____
CHIEF UNITED STATES DISTRICT JUDGE